No. 84–1801. INUPIAT COMMUNITY OF THE ARCTIC SLOPE ET AL. v. UNITED STATES ET AL., 474 U. S. 820. Motion for leave to file petition for rehearing denied. JUSTICE SCALIA and JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 86–595. UNITED STATES v. FAUSTO, 484 U. S. 439;

No. 87–809. BULLARD v. NORTHCUTT ET AL., 484 U. S. 1010;

No. 87–922. IN RE BROWN, 484 U. S. 1041;

No. 87–1005. IN RE ARLT ET UX., 484 U. S. 1041;

No. 87–5527. RADEMAKER v. TEACHERS COLLEGE, COLUMBIA UNIVERSITY, 484 U. S. 932;

No. 87–5699. JONES v. BUTLER, WARDEN, 484 U. S. 1047;

No. 87–5821. JESTER v. OHIO, 484 U. S. 1047;

No. 87–5847. LYONS v. DEPARTMENT OF THE ARMY ET AL., 484 U. S. 1029;

No. 87–5901. RONSON v. COMMISSIONER OF CORRECTION OF NEW YORK ET AL., 484 U. S. 1029;

No. 87–5968. MORALES v. OHIO, 484 U. S. 1047;

No. 87–5985. ZUERN v. OHIO, 484 U. S. 1047;

No. 87–6002. BYRD v. OHIO, 484 U. S. 1037; and

No. 87–6016. TAYLOR v. HENRY VOGT MACHINE CO., 484 U. S. 1046. Petitions for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of these petitions.

No. 87–5298. FINESTONE v. UNITED STATES, 484 U. S. 948. Motion for leave to file petition for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of this motion.

MARCH 28, 1988

No. 87–1298. BEPPLER v. TOWNSHIP OF WASHINGTON ET AL. Appeal from Super. Ct. N. J., App. Div., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–6407. DANIELSON v. ILLINOIS. Appeal from App. Ct. Ill., 2d Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.